The MEDICINE SHOPPE, Petitioner

v.

Loretta E. LYNCH, In her Official Capacity as the Attorney General of the United States, et al., Respondents.

No. 14–1223.

United States Court of Appeals, District of Columbia Circuit.

Dec. 16, 2015.

Jeffrey Charles Grass, Jeffrey C. Grass & Associates, PLLC, Plano, TX, for Petitioner.

Anita J. Gay, Lena D. Watkins, U.S. Department Of Justice Criminal Division, Narcotic & Dangerous Drug Section, Washington, for Respondets.

Before: TATEL, Circuit Judge, WILLIAMS and RANDOLPH, Senior Circuit Judges.

## JUDGMENT

PER CURIAM.

This petition for review was considered on the record from the Drug Enforcement Administration and on the briefs of the parties and oral arguments of counsel. The Court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C.Cir. R. 36(d). It is

**ORDERED** and **ADJUDGED** that the petition for review be denied.

The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en

banc. *See* Fed. R.App. P. 41(b); D.C.Cir.
R. 41.